No. 99–10192. WILLIS v. GOODWILL INDUSTRIES OF KENTUCKY, INC. Sup. Ct. Ky. Certiorari denied.

No. 99–10193. SINCLAIR v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 99–10195. JEMBER v. SANTA CLARA COUNTY ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–10196. NEWMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–10199. DuFRENE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–10200. FORNEY v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 99–10201. EAMES v. SCOTT, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE. C. A. 5th Cir. Certiorari denied.

No. 99–10203. DAVIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–10204. FLOWERS v. LEEAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–10206. DICKINSON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–10207. DAVIS v. BENNETT, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–10208. HETT v. FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 99–10209. CHEN v. MOTOROLA, INC. C. A. 5th Cir. Certiorari denied.

No. 99–10210. CORNELIUS v. RODATUS ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–10211. CLOUD v. COMMUNITY WORKS, INC., ET AL. C. A. 1st Cir. Certiorari denied.